■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TYLER TOULON, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, entered October 20, 1959, denying, after a hearing, his application to set aside a judgment entered in that court

on February 11, 1955, convicting him, after trial by jury, of the crime of robbery in the first degree, and sentencing him to serve from 15 to 30 years (*People* v. *Toulon*, 2 A D 2d 979, motion for reargument denied 6 A D 2d 1017, leave to appeal denied Nov. 7, 1958). Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.